IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**HUNTER TILLIS** | **Case No.: 4:20-CR-00017-CDL-MSH-1** |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
IN THE INTEREST OF JUSTICE**

Defendant **HUNTER TILLIS**, has moved the Court to continue the pre-trial conference of his case, presently scheduled for August 6, 2020. The Government does not oppose this motion. Defendant was arraigned on July 9, 2020 and is currently detained. Additional time is needed for defense counsel to receive and review the government's discovery, complete pretrial investigations, legal research, prepare for trial, or, in the alternative, to discuss plea negotiations between the defendant and government, if warranted.

The Court finds that it is in the interests of justice to allow the continuance for additional time to allow the parties to complete a thorough investigation, legal research and to explore possible plea negotiations and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.

Accordingly, Defendant's Unopposed Motion for Continuance in the Interest of Justice [Doc. 19] is **GRANTED**, and it is hereby ordered that this case shall be continued until the January, 2021 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this 24th day of July, 2020.

                                                  S//Clay D. Land
                                                  CLAY D. LAND
                                                  UNITED STATES DISTRICT JUDGE